# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA
## Western Division

U.S.A. vs. Marrion Avery Blount        Docket No. 4:12-CR-23-2D

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Marrion Avery Blount, who, upon an earlier plea of guilty to Accessory After The Fact to Bank Robbery, in violation of 18 U.S.C. § 3, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on February 20, 2013, to the custody of the Bureau of Prisons for a term of 27 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months.

Marrion Avery Blount was released from custody on May 13, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has failed to report for the Surprise Urinalysis Program on eight occasions (January 8, February 25, March 5, March 31, April 17, May 11, May 20, and June 5, 2015). Additionally, she has failed to report or call the probation officer as instructed on seven occasions (November 20, 2014, January 2, March 5, March 31, May 4, June 5, and June 12, 2015). As a sanction for these violations, we are recommending that she be placed on home detention for a period of 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

             I declare under penalty of perjury that the foregoing is true and correct.

             /s/ Dewayne L. Smith
             Dewayne L. Smith
             U.S. Probation Officer
             201 South Evans Street Room 214
             Greenville, NC 27858-1137
             Phone: 252-830-2338
             Executed On: July 17, 2015

**Marrion Avery Blount**
**Docket No. 4:12-CR-23-2D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___20___ day of ___July___, 2015 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge